■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SHONELLE MELVELLE GRANT, Appellant. [857 NYS2d 517]—Appeal by the defendant, as limited by her motion, from a sentence of the County Court, Orange County (Freehill, J.), imposed January 2, 2007, on the ground that the sentence imposed was excessive.

Ordered that the sentence is affirmed. No opinion. Prudenti, P.J., Fisher, Miller, Balkin and Belen, JJ., concur.